

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00420-CV

**NATIONSTAR MORTGAGE**, LLC as successor in interest of Preferred Home Mortgage Company,
Appellants

v.

**KINGMAN HOLDINGS,** LLC as trustee of the Tramonto Hill 13827 Land Trust,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI19608
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellee's second unopposed motion for extension of time to file brief is GRANTED. Appellee's brief is due December 20, 2017.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court